UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: Thomas Mansell    Chapter 13 # 19-14147- FJB

## MOTION OF CHAPTER 13 TRUSTEE TO DISMISS

Now comes Carolyn Bankowski, Chapter 13 Trustee, and files this Motion to Dismiss the above-referenced case and as grounds therefor, states as follows:

( ) 1. Debtor failed to appear at the §341 meeting of creditors.

(X) 2. Debtor has failed to make the first plan payment as required by 11 U.S.C §1326(a)(1).

( ) 3. Debtor is over the debt limits as set forth in 11 U.S.C. §109(e)

(X) 4. Debtor has failed to provide the following documents:
(X) INSURANCE BINDER need exp. date    (X) EVIDENCE OF PROPERTY VALUE
(X) EVIDENCE OF CURRENT INCOME    (X) RECORDED HOMESTEAD / DEED
( ) MOST RECENT TAX RETURN    ( ) 60 DAYS OF PAY ADVICES
(X) INDEPENDENT EVIDENCE OF SOCIAL SECURITY NUMBER

(X) AMENDED SCHEDULES I to disclose social security
(X) OTHER Schedule B to disclose all personal property

( ) 5. Debtor has failed to provide business documents pursuant to MLBR Appendix 1: 13-2(a)(2) as follows:

( ) 6. OTHER: _____

Notice is hereby given that any responses and/or objections to this motion are to be filed within **twenty-one (21) days of the date this motion is filed with the Court**. If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B).

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order dismissing this case.

Respectfully submitted,

/s/ Carolyn Bankowski
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313
13trustee@ch13boston.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing to the above referenced debtor(s) (X) by hand delivery or
( ) by first class mail, and to Debtor(s)' counsel ___N/A___ ( ) by hand delivery,
( ) by first class mail, or ( ) via electronic notice.
Dated 1/15/2020

/s/ Carolyn Bankowski
Carolyn A. Bankowski
Patricia A. Remer