**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>MANSELL, Thomas Henry<br>SSN: xxx-xx-0176<br>                          Debtor | Chapter 13<br>Case No. 19-14147-FJB |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtor's Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. The Debtor commenced this case by filing a petition on December 4, 2019.
2. On January 15, 2020, the Trustee convened the §341 meeting of creditors at which the Debtor was present with counsel.
3. On December 18, 2019, the Debtor filed the Plan. The Trustee is unable to recommend the Plan for confirmation at this time.
4. The Plan proposes payments of $1,095.00 for a term of 60 months. However, according to the Debtor's Schedules I and J, there is $1,023.00 available monthly income, which is not sufficient income to fund the Plan. The Trustee asserts that the Plan is not feasible.
5. The Debtor failed to provide the Trustee with evidence of all sources of income. Without evidence of income, the Trustee asserts that the Plan does not meet the best efforts test of 11 U.S.C. §1325 (b)(1)(B).
6. According to the Debtor's liquidation analysis, $10,505.00 is available in a Chapter 7. However, Debtor's Plan proposes to pay a 0% dividend to unsecured creditors totaling $11,281.00, which is equal to $0.00 for a total of $0.00 for priority, non-priority claims and administrative claims.
7. The Debtor failed to provide the Trustee with independent evidence of value for the real estate located at 6 Pleasant Street, Peabody, MA.
8. The Debtor failed to disclose all of his personal property on Schedule A/B.
9. The Trustee asserts that the Plan does not meet the best interest of creditors test of 11 U.S.C. §1325 (a)(4).

EM

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and grant such other relief as is proper.

Dated:  January 28, 2020

Respectfully submitted,

By: /s/ Carolyn Bankowski
Carolyn Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
Standing Chapter 13 Trustee
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114
(617) 723-1313
**13trustee@ch13boston.com**

EM

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>MANSELL, Thomas Henry<br>SSN: xxx-xx-0176<br>　　　　　　　　　Debtor | Chapter 13<br>Case No. 19-14147-FJB |

## Certificate of Service

The undersigned hereby certifies that a copy of the Trustee's Objection to Confirmation of Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtor and Debtor's counsel at the addresses set forth below.

Thomas H. Mansell
75 Central Street, Unit 315
Peabody, MA 01960

Pro-Se


Date:  January 28, 2020

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn Bankowski

EM